■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMON C. BANNER, Appellant. [29 NYS3d 824]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 5, 2014 (*People v Banner*, 122 AD3d 641 [2014]), affirming two judgments of the County Court, Nassau County, rendered August 8, 2012, and September 28, 2012, respectively.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Balkin, J.P., Chambers, Miller and Hinds-Radix, JJ., concur.